UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )  | |
|     Plaintiff,      ) | |
| )  | |
| vs.      ) | Case No. 00-cr-40101-JPG |
| )  | |
| TYREE NEAL,      ) | |
| )  | |
|     Defendant.      ) | |

### ORDER

This matter comes before the Court on Defendant Tyree Neal's Amended Motion for Reduction of Sentence (Doc. 500) pursuant to 18 U.S.C. § 3582.

For reasons discussed during the hearing of December 6, 2010, the Court **GRANTS** the instant motion (Doc. 500). Accordingly, Neal's total offense shall be reduced from 28 to 26 (alongside a criminal history category of IV), thereby creating a United States Sentencing Guidelines range of 92-115 months imprisonment.

Being fully advised of the premises, especially Neal's projected release date of January 21, 2011, Federal Bureau of Prisons' Inmate Locator, http://www.bop.gov/iloc2/LocateInmate.jsp (last visited Dec. 6, 2010), the Court holds that Neal has fully served his term of imprisonment on Counts 1 and 13 of the Third Superseding Indictment (Doc. 158). Further, Neal's service of his three-year term of supervised release shall begin immediately upon his registration with the United States Probation Office for the Southern District of Illinois. As the Court mentioned at the motion to reduce hearing, if Neal *fully* abides by the conditions of his term of supervised release, he may petition for its early termination two years after registration.

**IT IS SO ORDERED.**
**DATED: December 7, 2010**

                                                                          s/ J. Phil Gilbert
                                                                          **J. PHIL GILBERT**
                                                                          **DISTRICT JUDGE**