IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  |  ) | CRIMINAL N0: 00-40101 |
| Plaintiff, | ) ) ) | <u>MINUTES OF COURT</u> |
| vs. | ) ) | DATE: 9/3/2014 |
| TYREE NEAL, | ) ) ) | |
| Defendant(s). | ) ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S) :  N/A

COUNSEL FOR DEFENDANT(S):  N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

  This matter is before the court on the defendant's Motion to Continue (doc. # 706).

   The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion.

   It is hereby ORDERD that this matter is STRICKEN from the 9/4/2014 docket and reset for hearing on the Motion for Modification on 9/24/2014 at 10:30 a.m. in Benton, IL.

JUSTINE FLANAGAN, ACTING  CLERK

 By: s/ K. Jane Reynolds
 Deputy Clerk